UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORANTE BAUTISTA,<br><br>           Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL BANK, et al.<br><br>           Defendants.<br>_____/ | No. C 09-596 WDB<br><br>ORDER RE PENDING MOTION TO DISMISS |

On March 3, 2009, defendants filed their Motion to Dismiss the First Amended Complaint for Failure to State a Claim ("Motion").

Pursuant to the Local Rules for the United States District Court for the Northern District of California, Civil Local Rule 7-3, plaintiff was required to file his response to defendants' March 3rd Motion **by Monday, April 6, 2009**. No response has been filed.

Although plaintiff appears pro se, he is responsible for adhering to the rules that govern proceedings in this Court, including among others, the Federal Rules of Civil Procedure, this Court's Local Rules, and any Standing Orders issued by the undersigned.

**By Monday, April 13, 2009,** plaintiff must file a response to defendants'

//

1  Motion.  If plaintiff chooses not to oppose the Motion, plaintiff must file a statement
2  of non-opposition.
3      The Court also ORDERS plaintiff to telephone the undersigned's chambers at
4  (510)-637-3324 and provide the Court's staff with a telephone number for contacting
5  plaintiff.
6  **IT IS SO ORDERED.**

7  Dated: April 7, 2009

                                      WAYNE D. BRAZIL
                                      United States Magistrate Judge

1
2 | UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3
4  Florante Bautista,

           Plaintiff,      Case Number: C 09-596 WDB

5    v.      **CERTIFICATE OF SERVICE**

6
7  Washington Mutual Bank, et al.,

           Defendants.
8  _____/

9
10 I, the undersigned, hereby certify that I am an employee in Office of the Clerk, U.S. District Court, Northern District of California.

11 That on April 7, 2009, I SERVED a true and correct copy(ies) of the attached Order by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13
14 Florante Bautista
234 Morton Drive
15 Daly City, CA, 94015

16
17 Dated: April 7, 2009

18                               Richard W. Wieking, Clerk

19
20                               *Michelle Sicula*

21                               By: Michelle Sicula, Law Clerk/Deputy Clerk

22
23
24
25
26
27
28